# EXHIBIT A

# EXHIBIT #A

## Table of Grievance Log#
## Exhaustion of Administrative Remedies

| DATE | TYPE OF DOCUMENT | DATE | ACTION TAKEN |
|---|---|---|---|
| May.31.22 | Inmate Request For Failure To Protect Final Report Recemendation | June 1.22 | Denied Classification MR. MERCER |
| June.2.22 | Failure To Protect Final Report Recemendation | | Denied J. Smith |
| June.14.22 | Informal Grievance Log# 102-2206-0041 | June.3.22 | Denied Marye Johnson |
| July.5TH.2022 | Formal Grievance Log# 2206-102-115 Failure To Protect Final Report Recemendation Inspector General  Secretary Florida D.O.C Grievance Log# 22-6-20449 Failure To Protect Final Report Recemendation Inspector General | July.1.22 | Denied WARDEN |
| | | July.14.22 | Denied Secretary Representative (FL) D.O.C C. NEEL |

MAILED/FILED
WITH AGENCY CLERK

JUL 15 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| GOMEZ, MAXIMO | M11644 | 22-6-20449 | R.M.C.- MAIN UNIT | K2/101L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

C. NEEL

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

07/14/2022
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
JUL 1 1 2022
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse
TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Gomez          MAXIMO         __         M11644        A.C.I EAST unit
Last   First   Middle Initial           DC Number      Institution

**Part A – Inmate Grievance**        22-6-20449

8Th Amendment Violation
Failure To Protect From Assault
On 8/28/2020 I was Stabbed at Martin.C.I By Inmate Gary Douglas Due To A Hit he Took me That was Paid By K.Layton Were Capt. Vernon Failed To Protect me.
I'am entitled To Copies Per Chater 33 of The Final Report And Recommendation of The Inspector General Investigation For The Assault That Took Place on 8/28/2020. So I Can Proceed To The Courts. I Need To Know Who Was Interviewed of Involved Persons And Witnesses From These Reports.
· Relief Sought.
I am Grievaning That I May Receive Copies Of These Documents So I Can Move Foward With This Case.

· Respectfully Submitted ·

7/5/22                              M11644
DATE                      SIGNATURE OF GRIEVANT AND D.C. #

BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  _1_  M11644
                                                                         Signature

**INSTRUCTIONS**

s form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, rida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

en the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by pter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and cessed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the itution. If the inmate does not provide a valid reason or if the Secretary or his designee...
vance will be returned...

**PART B - RESPONSE**

| GOMEZ, MAXIMO | M11644 | 2206-102-115 | APALACHEE EAST UNIT | Y3118U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated, and responded to as follows: the response provided to you on the attached informal grievance appropriately addressed your complaint in that informal grievance.

Grievance Denied

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 501 South Calhoun St., Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

_____ MARIE Johnson _____ Acting _____ 7/1/22
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

2206.102.115

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

GOMEZ   MAXIMO          M11644         A.C.I EAST UNIT
Last   First   Middle Initial    DC Number         Institution

### Part A – Inmate Grievance

*ADMINISTRATIVE Review Required.*

IN Regards To INFormal Grievance LOG# 102-2206-0041 (Attached) The INFormation is NOT IN your File AND ONLY Provided By The INSpecTor General office. This Response CANNOT Be EVAluated.

I Am entitled To These Copies Per Chapter 33. The Report AND FiNAL Recommendation OF The INSpector General INvestigation When I WAS STAbbed AT MARTIN. C.I By Inmate GARY Douglas Due To A HiT he Took ON Me That WAS PAID By K. LAYTON, ON 8/28/2020.

I Need To KNOW Who WAS INTerviewed OF INvolved PERSONS AND WiTNesses From These Reports.

**Relief Sought**
I am GRievANiNG That I MAY Receive Copies OF These Reports. Documents.

Thank you.

FORMAL

JUN 14 2022
Apalachee C.I. Warden's office

6/14/22
DATE

SIGNATURE OF GRIEVANT AND D.C. # M11644

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:
# 0 1   Signature

6P

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines...

INFORMAL Grievance

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

Informal Grievance

Mail Number: _____
Team Number: _____
Institution: A.C.I

TO: (Check One)
☐ Warden
☒ Asst. Warden
☐ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☐ Other _____

FROM: Inmate Name: Gomez Maximo
DC Number: M11644
Quarters: Y3-106
Job Assignment: CONF
Date: 6/2/22

Check here if this is an informal grievance ☒

**REQUEST**

I filed a request to Classification (Attached) asking for a copy of the report and final recommendation of the Inspector General Investigation when I was stabbed at Martin C.I on 8/28/2020. And was denied. I am entitled to these copies per Chapter 33. I need to know who was interviewed of involved persons and witnesses from these reports.

Relief Sought:
I am grievaning that I may receive the documents.

Respectfully Submitted.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____
DC#: M11644

INFORMAL

**DO NOT WRITE BELOW THIS LINE**

DATE RECEIVED: JUN 03 2022

**RESPONSE**

102-2206-0041  13B

You will have to complete a Public Record request or send a letter directly to the Inspector General's Office as that information is not in your file and only provided by the I.G.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): J Semith, CO
Official (Signature): J Semith, CO
Date: 06/13/22

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.

**DEPARTMENT OF CORRECTIONS**
INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: A.C.I

TO: (Check One)
☐ Warden
☐ Asst. Warden
☑ Classification
☐ Security
☐ Medical
☐ Mental Health
☐ Dental
☑ Other: MR. MERCER

FROM:
Inmate Name: GOMEZ MAXIMO
DC Number: M11644
Quarters: Y3-106
Job Assignment: CONF
Date: 5/31/22

REQUEST: ☐ Check here if this is an informal grievance

MR. MERCER, Sir Goodmorning The Reason For This Requst (I) will like To have A Copy Of The Report And Final Recommendation Of The Inspector General Investigation, when I WAS STAbbed AT MARTIN.C.I ON 8/28/2020. IT should be in my Classification Records, I had A Copy BUT Columbia.C.I Officials lost it. Also CAN you please Provide me With Central Office Grievance LOG # That WAS Filed Sept Or Oct Of 2020, Which WAS Dealing With The Stabbing AT MARTIN.C.I ON 8/28/2020.

Thank You.

Inmate (Signature): [signed]
DC#: M11644

DATE RECEIVED: JUN 01 2022
Apalachee C.I. Classification Dept.

**RESPONSE**

IG Reports Do not go in file, they are keep At IG's office. You have to Submit Public records Request for them. law library can help you.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). [Denied circled]

Official (Print Name): _____
Official (Signature): [signed]
Date: 6/2/22

# EXHIBIT #B

## FLORIDA DEPARTMENT OF CORRECTIONS
## DIAGRAM OF INJURY MEDICAL REPORTS
## MARTIN CORRECTIONAL INSTITUTION

| DATE | Type of Document |
|---|---|
| 8/28/2020 | Digram of INJURY |
| 8/28/2020 | Doctor T. Patten life Flighted to Trauma Unit Lawnwood Hospital |
| 8/31/2020 | Radiology Requst Form Multiple Stab Wounds |
| Sept. 2020 | S. Brooks LPN Nurse S. Taeger LPN Nurse Wound Care Treatment Plan. |

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence 8/28/20    Time of occurrence 1320
Date injury assessed by medical 8/28/20    Time injury assessed by medical 1325

☐ No injury identified

Description of injury: Inmate c̄ stab wound to (R) upper chest, (L) upper back x 2

Staff Signature _____

Inmate Name: GOMEZ, MAXIMO
DC#: M11644
Date of Birth: DOB: 09/05/1979
Institution: W/M

This form is not to be amended, revised, or altered without approval by the Director of Health Services- Administration.

Copies distribution: White/Health Record    Canary/Inspector General    Pink/Warden or Asst. Warden

DC4-708 (Revised 10/07)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: Martin C.I.
Date:
Time:
☐ Inpatient
☐ Outpatient
Inmate Name: Gomez, Maximo
DC#: M11644
Dorm:
Diagnosis:

STAT / Initial Each Order as Transcribed
List Allergies Here: NKDA

Date/Time Noted:
Nurse Signature/Stamp
Clinician Signature/Stamp
Date/Time:

DC4-714B (Revised 11/7/17)
Distribution: White Original—Pharmacy   Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: Martin C.I.
Date:
Time:
☐ Inpatient
☐ Outpatient
Inmate Name: Gomez, Maximo
DC#: M11644
Dorm:
Diagnosis:

STAT / Initial Each Order as Transcribed
List Allergies Here: NKDA

Date/Time Noted:
Nurse Signature/Stamp
Clinician Signature/Stamp
Date/Time:

DC4-714B (Revised 11/7/17)
Distribution: White Original—Pharmacy   Canary—Medical Record
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

---

**CLINICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: Martin C.I.
Date: 8/28/20
Time: 1324
☐ Inpatient
☐ Outpatient
Inmate Name: Gomez, Maximo
DC#: M11644
Dorm:
Diagnosis: multiple stab wounds

STAT / Initial Each Order as Transcribed
List Allergies Here: NKDA

Noted — Transfer via EMS to Hospital/ER
Noted — IVF NS 0.9% bolus / 2 Liters IV
Noted — 2 large - bore IV

Date/Time Noted:
Nurse Signature/Stamp
Clinician Signature/Stamp: T. Parker ARNP, Martin CI
Date/Time:

DC4-714B (Revised 11/7/17)
Distribution: White Original—Pharmacy   Canary—Medical Record

# Radiology

**Florida Department of Corrections**
**Radiology Request Form**

PLEASE WRITE LEGIBLY

| In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below: ☐ Diabetic | List allergies: |
|---|---|
| Multiple stab wounds (Chest & Back) | |

☐ Ambulatory ☐ Portable ☒ Stretcher ☐ Wheelchair

Physician Name (Print) and Name Stamp: DR. Y. RESILARD / CHIEF HEALTH OFFICER / MARTIN C.I.

Date of Request: 8/3/20

| X-RAYS | | | MRI SCANS | ULTRASOUNDS |
|---|---|---|---|---|
| ☐ Ankle R☐ L☐ | ☐ Shoulder R☐ L☐ | ☐ Cervical Spine | ☐ Abdomen complete |
| ☐ Cervical Spine | ☐ Sinuses | ☐ Head/Brain Stem | ☐ Breast |
| ☐ C. Spine, complete | ☐ Skull | ☐ Hip R☐ L☐ | ☐ Gallbladder |
| ☒ Chest | ☐ Sternum | ☐ Lower Ext, any joint R☐ L☐ | ☐ Inguinal Area |
| ☒ Chest, PA and LAT | ☐ T. M. Joints | ☐ Lower Ext, no joint R☐ L☐ | ☐ Liver |
| ☐ Chest PPD | ☐ Thoracic Spine | ☐ Lumbar Spine | ☐ Lower Ext. R☐ L☐ |
| ☐ Clavicle R☐ L☐ | ☐ Tibia & Fibula R☐ L☐ | ☐ Neck | ☐ Neck/Soft Tissue/Thyroid |
| ☐ Coccyx | ☐ Wrist R☐ L☐ | ☐ Pelvis | ☐ Paracentesis |
| ☐ Cystogram | **FLUOROSCOPY** | ☐ Thoracic Spine | ☐ Pelvis |
| ☐ Elbow R☐ L☐ | ☐ Arthrogram [ ] | ☐ Upper Ext, any joint R☐ L☐ | ☐ Renal |
| ☐ Facial Bones | ☐ Barium Enema | ☐ Upper Ext, no joint R☐ L☐ | ☐ Scrotum |
| ☐ Femur R☐ L☐ | ☐ Cystogram | | ☐ Thoracentesis |
| ☐ Fingers R☐ L☐ | ☐ Esophagram | | ☐ Upper Ext. R☐ L☐ |
| ☐ Foot R☐ L☐ | ☐ I.V. Pyelogram | | |
| ☐ Forearm R☐ L☐ | ☐ Lumbar Puncture | | **VASCULAR STUDY** |
| ☐ Hand R☐ L☐ | ☐ Myelogram [ ] | | ☐ Abdominal Aorta |
| ☐ Hip R☐ L☐ | ☐ Venogram R☐ L☐ | **NUCLEAR MEDICINE** | ☐ Abdominal Aorta with doppler |
| ☐ Humerus R☐ L☐ | ☐ U. G. I. Series | ☐ Bone 3 Phase - Infection | ☐ Arterial Doppler, Lower Ext R☐ L☐ |
| ☐ Knee R☐ L☐ | ☐ U. G. I. and Small Bowel | ☐ Bone (Whole Body) | ☐ Arterial Doppler, Upper Ext R☐ L☐ |
| ☐ KUB | **CAT SCANS** | ☐ Cardiac - MUGA | ☐ Carotid Duplex |
| ☐ KUB and UPT | ☐ Abdomen | ☐ Cardiac -Stress | ☐ Dialysis Graph Duplex R☐ L☐ |
| ☐ Lumbar Spine | ☐ Cervical Spine | ☐ Ceretec - Infection (labeled WBC) | ☐ Vein Mapping for Dialysis R☐ L☐ |
| ☐ L. Spine, complete | ☐ Chest | ☐ Gallbladder (CCK) | ☐ Venous Duplex Lower Ext R☐ L☐ |
| ☐ Mandible | ☐ Facial/TMJ | ☐ Gallbladder (HIDA) | ☐ Venous Duplex Upper Ext R☐ L☐ |
| ☐ Nasal Bones | ☐ Head | ☐ Gallium | |
| ☐ Orbits | ☐ Lower Ext. R☐ L☐ | ☐ Liver/Spleen | **Exams not mentioned above:** |
| ☐ Os Calcis R☐ L☐ | ☐ Lumbar Spine | ☐ Pulmonary V/Q | |
| ☐ Pelvis | ☐ Orbit | ☐ Renal | |
| ☐ Ribs R☐ L☐ | ☐ Pelvis | ☐ Thyroid and Uptake | |
| ☐ Sacrum | ☐ Soft Tissue Neck | ☐ Thyroid - Parathyroid | |
| ☐ Scapula | ☐ Thoracic Spine | ☐ Gallbladder (CCK) | |
| ☐ Scoliosis Series | ☐ Upper Ext. R☐ L☐ | | |

Date Performed: _____    Time Performed: _____

Where Performed: _____    Technologist Name/stamp: _____

Is permanent camp a private institution? No ☐ Yes ☐
Clinic/hospital room number_____

INMATE NAME: Gomez Maximo
DC#: M11640    Race/Sex: ____
DATE OF BIRTH: 9/5/79
INSTITUTION: Martin, C.I.

# STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

Alpha

Month/Year: 9/2020

List Drug Allergies: NKDA

Codes:  1 = Refused          4 = Medication Out of Stock
        2 = Security Lockdown  5 = Awaiting Arrival from Pharmacy
        3 = Medication Held

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS 1 TAB PO BID x 7 DAYS | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ibuprofen 600mg PO BID x 7 days. KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Daily wound care: clean with Betadine, rinse w/ sterile saline; apply bacitracin | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Leave back wounds uncovered; only cover Rt chest wound until staples removed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: Gomez, Maximo
DC #: M11694
Date of Birth: 9/5/79
Institution: MMCI

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| S. Brooks LPN Martin CI | SB | S. Taegar L.P.N Martin C.I. | | McClendon-Grayson Martin CI | |

* Requires comment on back page

STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
MEDICATION AND TREATMENT RECORD (MAR)

**List Drug Allergies:** NKDA

**Codes:**
1 = Refused
2 = Security Lockdown
3 = Medication Held
4 = Medication Out of Stock
5 = Awaiting Arrival from Pharmacy

**Month/Year:** 9/2020

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 8/31/20 STOP 9/07/20 | Daily wound cleanse c̄ betadyne cover wounds c̄ band-aid TRANSCRIBER INT. KF | 1000 | M | V | K | h | | | JS | STOP | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

**Inmate Name:** Gomez Maximo
**DC #:** M11644 **R/S:** WM
**Date of Birth:** 9-5-79
**Institution:** Martin CI

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| K. Fields / Martin CI | KF | | | | |
| S. Taegar L.P.N Martin CI | | E. McClendon-Grayson LPN Martin CI | | | |

* Requires comment on back Page ____ of ____

DC4-701A (Revised 12/22/11) Page 1 of 2

Case 2:22-cv-14275-RKA   Document 1-1   Entered on FLSD Docket 08/02/2022   Page 15 of 18

# STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: NKA

Codes: 1 = Refused  4 = Medication Out of Stock
2 = Security Lockdown  5 = Awaiting Arrival from Pharmacy
3 = Medication Held
6 = Other

Month/Year: August 2020

| ive | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | tylenol 325mgs tabs (#2) every 4 hours for headache or pain PRN TRANSCRIBER INT. PC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Maalox 30cc am for indigestion PRN TRANSCRIBER INT. PC | 0100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MOM 30cc every 12° for constipation PRN TRANSCRIBER INT. PC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Rocephine 1gram IM Now TRANSCRIBER INT. SC | 1430 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: Gomez Maximo
#: M11049  R/S: H/H
Date of Birth: 4-5-79
Institution: Martin

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| P. Cintron RN | PC | | | | |
| | P. Cintron, RN Martin CI | | | | |

* Requires comment on back Page _____ of _____

# STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: NKDA

Month/Year: 08/20

Codes: 
1 = Refused  
2 = Security Lockdown  
3 = Medication Held  
4 = Medication Out of Stock  
5 = Awaiting Arrival from Pharmacy

| Effective Dates | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 8/31/20 STOP 9/1/20 | Bactrim DS 1 PO BID X 7days TRANSCRIBER INT. SU | 0600 / 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START STOP TRANSCRIBER INT. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| [signature] Sleep McArthur | | | | | |

Inmate Name: Gomez, Maximo  
DC#: M11644 R/S: H/M  
Date of Birth: 9-5-79  
Institution: MartnCI

* Requires comment on back Page _____ of _____

DC4-701A (Revised 12/22/11) Page 1 of 2

# STATE OF FLORIDA - DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

List Drug Allergies: NKDA

Codes: 1 = Refused  2 = Security Lockdown  3 = Medication Held  4 = Medication Out of Stock  5 = Awaiting Arrival from Pharmacy  6 = Other

Month/Year: September 2020

| | Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Tylenol 325mg Tab (#2) every 4 hours for pain | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Maalox 30cc AM for indigestion PRN | 0600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MOM 30cc every 12 for constipation PRN | 9p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Rocephine 1gm IM Now | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NOTE: This MAR is to be used for PRN meds other than RMC and new orders prior to receipt of Pharmacy generated MARS.
This is a combination treatment/medication MAR.

Inmate Name: Gomez Maximo
# M111644  R/S #
Date of Birth:
Institution:

| Signature/Stamp | Initials | Signature/Stamp | Initials | Signature/Stamp | Initials |
|---|---|---|---|---|---|
| W Humothe | WH | | | | |

*Requires comment on back Page _____ of _____

Page 1 of 2



**TridentCare IMAGING**

SOUTH EAST REGION
4400 140TH AVE
CLEARWATER, FL 33760
(800) 940-0389

9936-MARTIN CI
1150 SW ALLPATTAH ROAD
INDIANTOWN, FL 349564310

| | | | | |
|---|---|---|---|---|
| **Claim Number :** | 33234354 | | | |
| **Date of Service :** | 09/02/2020 | **MRN** | M11644 | |
| **Patient Name :** | GOMEZ, MAXIMO | **DOB :** | 09/05/1979 | **Gender** M |
| | | **Room::** | | |
| **Ordering Provider:** | YVES RESILARD. MD - (NPI: 1902849060) | | | |
| **Interpreting Physician:** | STEVEN KALCHMAN, MD - (NPI: 1255335865) | | | |
| **Report Date:** | 9/2/2020 2:43:16 PM | | | |

## RADIOLOGY REPORT

XRAY CHEST 2 VIEW

Results: The heart is normal in size and shape. The lungs are free of infiltrate or effusion. No significant bony abnormalities are identified.

Conclusion: No active disease.

Electronically signed by STEVEN KALCHMAN, M.D. 9/2/2020 2:43:16 PM EDT.

DR. Y. RESILARD
CHIEF HEALTH OFFICER
MARTIN CI.

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents).

*If you have questions regarding these results or would like to consult with a Rely Radiologist please call 972-468-3590*     Page 1 of 1