UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GOMEZ MAXIMO, DC#M11644

    **Plaintiff,**

v.                                         Case No. 2:22-cv-14275-RKA

CAPTAIN VERNON,
K. LAYTON

    **Defendants**,
_____/

## NOTICE OF SETTLEMENT

    The Undersigned counsel for the Defendants hereby files this Notice of Settlement to advise the Court that the parties herein have amicably settled this case.

    I HEREBY CERTIFY that on June 6, 2023, the foregoing Notice was filed using the CM/ECF system which will send notice of electronic filing to Lonnie Story, Attorney for Plaintiff, Maximo Gomez, DC # M11644; there are no other non CM/ECF participants.

                                                                          Respectfully submitted,

                                                                          **ASHLEY MOODY**
                                                                          **ATTORNEY GENERAL**

                                                                          /s/ **M. RIVES**
                                                                          Marie T. Rives
                                                                          Senior Assistant Attorney General
                                                                          Florida Bar No. 0441937
                                                                          Office of the Attorney General
                                                                          3507 E. Frontage Road, Suite 150
                                                                          Tampa, Florida 33607
                                                                          (813) 577-4533 – Telephone
                                                                          (813) 281-1859 – Facsimile
                                                                          Marie.Rives@myfloridalegal.com
                                                                          Jehan.Azar@myfloridalegal.com
                                                                          Counsel for Defendants