UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MAXIMO GOMEZ, DC#M11644

    Plaintiff,

v.                                  Case No. 2:22-cv-14275-RKA

CAPTAIN VERNON,
K. LAYTON

    Defendants,
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, MAXIMO GOMEZ, and Defendants, K. LAYTON[1]; and CAPTAIN VARNUM[2]; that the above-titled action is hereby dismissed with prejudice against Defendants K. LAYTON and CAPTAIN VARNUM. Each party will bear their own costs and attorney's fees.

Dated: June 16th, 2023

STORY LAW FIRM, LLC

/s/ _____
Lonnie D. Storoy, Esq.
Florida Bar No. 1037808
732 N. Halifax Avenue #301
Daytona Beach, FL 32118
(386)492-5540
lstorylaw@gmail.com
*Attorney for Plaintiff Maximo Gomez*

---

[1] Katherine Layton is the Defendant's correct name.
[2] Captain Brooks Varnum is the Defendant's correct name. Captain Vernon is an incorrect name.

1

Case No. 2:22-cv-14275-RKA
Stipulation of Dismissal With
Prejudice – page 2 of 2

ASHLEY MOODY
ATTORNEY GENERAL

By: /s/ Marie T. Rives
Marie T. Rives
Sr. Assistant Attorney General
Florida Bar No. 0441937
Office of the Attorney General
3507 E. Frontage Road, Suite 150
Tampa, Florida 33607
(813) 577-4533 – Telephone
(813) 233-1859 – Facsimile
marie.rives@myfloridalegal.com
Counsel for Defendants Katherine Layton
And Captain Brooks Varnum

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20th, 2023, I electronically filed the foregoing Stipulation of Dismissal With Prejudice in Case No. 2:22-cv-14275-RKA with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those persons capable of receiving such notice of electronic filing.

/s/ **M. Rives**
Marie T. Rives

2